**THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF PUERTO RICO**

| | |
|---|---|
| **SEVERO PEREZ RIVERA**, <br>     Plaintiff, <br><br>     v. <br><br> **CORRECTIONAL HEALTH SERVICES CORP., ET AL.** <br>     Defendants. | Civil Case. NO. 11-2169(PG) |

**ORDER**

Plaintiff filed the Complaint on December 5, 2011. See Docket No. 4. On even date, plaintiff requested and was later granted leave to proceed in forma pauperis. See Docket Nos. 1 and 5.

Fed.R.Civ.P 4(m) states, in pertinent part, that "[i]f a defendant is not served within 120 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specific time."

Given that more than two years have passed since the Complaint was filed without service of process or without any further action on plaintiff's behalf, the action is hereby DISMISSED WITHOUT PREJUDICE.

**SO ORDERED.**

In San Juan, Puerto Rico, February 26, 2014.

S/ **JUAN M. PÉREZ-GIMÉNEZ**
**JUAN M. PÉREZ-GIMÉNEZ**
**UNITED STATES DISTRICT JUDGE**